IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) |
| QUICK TAXES LOCATED AT 2921 | ) CR. MISC. NO. 2:08mj-8-SRW |
| MARTI LANE, SUITE 1H, | ) |
| MONTGOMERY, ALABAMA 36116 | ) |

## MOTION TO SEAL SEARCH WARRANT AFFIDAVIT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the search warrant affidavit listed above until investigation is completed.

Respectfully submitted this 8th day of February, 2008.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Andrew O. Schiff
> Andrew O. Schiff
> Assistant United States Attorney