IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) |
| QUICK TAXES LOCATED AT 2921 | ) ~~CR. MISC. NO.~~  2:08 mj-8-SRW |
| MARTI LANE, SUITE 1H, | ) |
| MONTGOMERY, ALABAMA 36116 | ) |

## ORDER SEALING SEARCH WARRANT AFFIDAVIT

On Motion of the United States Attorney and for good cause shown, it is hereby ORDERED that the search warrant affidavit listed above is hereby sealed and to be kept secret until further investigation on this case is completed.

DONE this the 8th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE